IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY LLOYD SMITH,<br><br>Defendant. | Case No. CR-24-165-BLG-SPW<br><br>ORDER ALLOWING DEFENSE EXPERT TO APPEAR VIA ZOOM AT SUPPRESSION HEARING |

Upon motion of counsel for Defendant, Cody Lloyd Smith, for Defense Expert to Listen to the Government's Expert Testimony Via Zoom and to Allow Defense Expert to Utilize Split Screen Technology During his Zoom Testimony (Doc. 5) for the scheduled Suppression Hearing on Tuesday, October 14, 2025, at 1:30 p.m. (MST), and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 50) is **GRANTED.** Defense expert, Andy Falco Jimenez is allowed to appear via Zoom video for the Suppression Hearing on Tuesday, October 14, 2025, at 1:30 p.m. (MST).

During his appearance via Zoom video, it is also Ordered that defense expert be allowed to listen to the Government's expert testimony via Zoom and to be allowed to utilized split screen technology during his testimony via Zoom.

**IT IS FURTHER ORDERED** that counsel for Defendant provide the following ZOOM link to Mr. Falco Jimenez for the hearing on October 14, 2025 at 1:30 p.m. (MST).

https://mtd.zoomgov.com

Mtg. Code:  160 6666 1077

Passcode:  217150

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 8th day of September, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge